FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID GERALDS, an individual,<br><br>                     Plaintiff,<br><br>  v.<br><br>DOUGLAS JOHNSON; STEPHEN PURTELL; TOWN OF TWISP; TOWN OF WINTHROP AND DOES I-X,<br><br>                  Defendants. | NO:  2:20-CV-208-SAB<br><br>NOTICE SETTING TELEPHONIC SCHEDULING CONFERENCE |

**A.    Telephonic Scheduling Conference**

**PLEASE TAKE NOTICE** that a telephonic scheduling conference will be held on the date and time noted below.  Counsel and pro se parties shall use the following information to participate in the hearing:

> **DATE:  OCTOBER 16, 2020 at 11:00 a.m.**
> **PHONE NUMBER:   1-888-636-3807**
> **ACCESS CODE:  8839796#**
> **SECURITY CODE:   None required**

**Speaker phones are not compatible with the Court's sound system and may not be used**.  Please listen carefully and follow the automated instructions so that you will be added to the conference in a timely manner.

**B.** The provisions of Fed. R. Civ. P. 26 apply. The parties shall confer at least **fourteen (14) days** in advance of the scheduling conference and shall be prepared to discuss at the scheduling conference the following issues:

1. Whether service is complete and, if not, the expected date of completion;

2. Whether jurisdiction, venue, and standing are proper;

3. Whether the parties consent for this matter to be tried before a magistrate judge;

4. The nature and basis of their claims (brief summary);

5. A preferred trial date and estimated length of trial;

6. Anticipated motions;

7. Arrangement for the disclosures required under Fed. R. Civ. P. 26(a)(1);

8. A proposed Discovery Plan as discussed in Fed. R. Civ. P. 26(f). This plan shall include the disclosures required under Rule 26(a)(1) and shall also include a time and platform agreed upon for the exchange of e-discovery, if any;

9. Whether class certification is alleged. The parties shall include a suggested cut-off date as outlined in Local Rule 23.1;

10. Whether the case involves a beneficial interest claim of a minor or incompetent that requires appointment of a Guardian ad litem;

11.　The appropriateness of special procedures such as consolidation of actions for discovery or pretrial, reference to a master or magistrate, to arbitration, to the Judicial Panel on Multi-district Litigation, or application of the procedures included in the Manual for Complex Litigation;

12.　Modification of the standard procedures due to the relative simplicity or complexity of the action or proceeding;

13.　Feasibility of bifurcation, or otherwise structuring sequence of the trial;

14.　Whether there will be a point in the litigation when the parties can conduct meaningful settlement discussions or participation in another form of alternative dispute resolution;

15.　Identification of any issues that should be certified to the state Supreme Court; and

16.　Any other matters which may be conducive to the just, efficient, and economical determination of the action or proceeding, including the definition or limitation of issues.

**C.**　On or before **October 9, 2020**, the parties shall file the following:

1.　**Consent Form:**　The parties shall complete the attached Consent Form and return it to the Clerk of the Court, as instructed, advising whether the parties consent to this case being tried by a United States Magistrate Judge.　See 28 U.S.C. § 636 as amended;

NOTICE SETTING TELEPHONIC SCHEDULING CONFERENCE ~ 3

2.      **Statement Identifying Corporate Information:**  Any non-governmental corporate party to this action shall file a statement identifying all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock.  Counsel have an ongoing responsibility to supplement this information;

3.      **Joint Status Report (Fed. R. Civ. P. 26(f)):**  The parties shall file a Joint Status Report (or separate reports if necessary), reflecting the results of their conference and the parties' position with respect to **each subject outlined in section B** of this Notice.

4.      The following deadline dates will be outlined in an Order after the status conference.  Be prepared to discuss these deadlines if there are any changes.

| | |
|---|---|
| Simultaneous expert disclosures | 230 days before trial |
| Rebuttal expert disclosures | 200 days before trial |
| Motion to Amend/Add Parties | 210 days before trial |
| Daubert motions | 192 days before trial |
| Discovery cutoff | 140 days before trial |
| Dispositive motions | 132 days before trial |
| Hearing Request re deposition designations | 42 days before trial |
| Cross designations | 28 days before trial |
| Objections to designations | 21 days before trial |
| Exhibit/Witness lists | 35 days before trial |
| Objections Exhibit/Witness lists | 28 days before trial |
| Response to Exhibit/Witness objections | 21 days before trial |
| Motions in Limine | 42 days before trial |

| | |
|---|---|
| Response to Motions in Limine | 36 days before trial |
| Replies to Motions in Limine | 28 days before trial |
| Pretrial Order | 21 days before trial |
| Trial Briefs, voir dire | 25 days before trial |
| Jury Instructions (Agreed/Disputed) | 25 days before trial |
| Memo object to disputed Jury Instructions | 25 days before trial |
| Pretrial Conference/Motion in Limine Hrg | 14 days before trial |

Counsel are expected to comply with the spirit of Rule 26 and seek to minimize the time and expense of discovery.

**DATED** September 22, 2020.

SEAN F. McAVOY
DISTRICT COURT CLERK

*s/Michelle M. Fox*
MICHELLE M. FOX
Deputy Clerk